# EXHIBIT A

### NOTICE TO CLASS OF PROPOSED SETTLEMENT OF CLASS ACTION

*Clesceri v. Beach City Investigations & Protective Services, Inc.*

United States District Court, Central District of California

Case No. CV-10-03873 JST (RZx)

## PLEASE READ THIS NOTICE CAREFULLY

**THIS NOTICE RELATES TO A PROPOSED SETTLEMENT OF A CLASS-ACTION LAWSUIT AND CONTAINS IMPORTANT INFORMATION REGARDING YOUR RIGHTS AS A POTENTIAL SETTLEMENT CLASS MEMBER CONCERNING THE SETTLEMENT.**

**IF YOU WORKED AS SECURITY PERSONNEL AS AN EMPLOYEE AND/OR INDEPENDENT CONTRACTOR AT AN AT&T STORE IN CALIFORNIA FOR BEACH CITY INVESTIGATIONS & PROTECTIVE SERVICES, INC. BETWEEN JANUARY 1, 2010, TO JANUARY 27, 2011, YOU MAY BE A MEMBER OF THE "SETTLEMENT CLASS" AND BE BOUND BY THE RELEASE OF CLAIMS AND DISMISSAL DESCRIBED IN THIS NOTICE <u>UNLESS YOU OPT OUT</u>.**

- A settlement will provide $100,000 (less attorney's fees and costs, administrative fees and costs, and enhancement award to the named Plaintiffs) to pay members of the Settlement Class.

- The settlement resolves a lawsuit regarding whether Beach City Investigations & Protective Services, Inc. ("Beach") and Kevin Hackie (collectively, "Defendants") violated claims for unpaid overtime, failure to provide rest and meal breaks, and inadequate pay stubs under the California Labor Code and the Fair Labor Standards Act ("FLSA"). Defendants deny Plaintiffs' claims and have raised various factual and legal defenses to those claims. **The Court has not made a determination about any of the contentions of the parties. This Notice is not to be understood as an expression of any opinion by the Court as to the merits of the claims or defenses asserted by either side.**

- Court-approved lawyers for affected Class Members will ask the Court for up to thirty percent of the settlement amount as fees for investigating the facts, litigating the case, and negotiating the settlement. Any amount awarded as attorney's fees must be approved by the Court in the final fairness hearing as herein discussed.

- Your legal rights are affected whether you act or don't act. *Please read this notice carefully*.

- Information regarding your address has been obtained under the auspices of a Court Order and is being handled in a confidential manner for use in this case only.

### <u>*SUMMARY OF PROPOSED SETTLEMENT*</u>

**If you worked for Defendants from January 1, 2010, to January 27, 2011 as security personnel, whether as an employee and/or independent contractor, at an AT&T store in California, you will may receive a prorated payment from the class-action settlement if you file a Claim Form and the Settlement is approved by the Court. Plaintiff alleges that Defendants violated provisions of the California Labor Code and the Fair Labor Standards Act ("FLSA") by (1) failing to compensate certain employees overtime compensation under California Law and the FLSA; (2) failing to provide meal and rest periods to certain employees in compliance with California law; (3) failing to timely pay all wages owing to certain former employees within the time periods specified by California law; and (4) failing to provide employees with accurate itemized wage statements in compliance with California law. There will be a fairness hearing at which the Court will consider objections, if any, to the proposed settlement and determine whether the proposed settlement should be approved. This hearing will be held on May 16, 2011, at 10:00 a.m. in Courtroom 10A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701. Objections and comments must be submitted to the Court on or before April 2, 2011.**

| YOUR OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **FILE A CLAIM FORM** | Receive a *pro rata* payment from the net settlement fund.  Give up rights. |
| **EXCLUDE YOURSELF** | Get no payment.  This is the *only* option that allows you to be a party to any *other* lawsuit (if any other lawsuit, in fact, exists) against Defendants for the violations alleged in *this* case. |
| **OBJECT** | Tell the Court why you don't like the settlement. |
| **DO NOTHING** | Receive no payment from the settlement fund.  Give up rights (with the exception of claims under the FLSA). |

## WHY SHOULD I READ THIS NOTICE?

The purpose of this Notice is to inform you that the Court in this action is approving a class, for settlement purposes only, and has authorized the giving of this Notice.  The Court has not yet decided whether to approve the proposed settlement.  There will be a fairness hearing at which the Court will consider objections, if any, to the proposed settlement and will determine whether the proposed settlement should be approved.  This hearing will take place on May 16, 2011, at 10:00 a.m. in Courtroom 10A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701.

This is an action brought pursuant to the California Labor Code and the FLSA.  Plaintiffs Dominic Clesceri and Gabriel Rodriguez (collectively, "Plaintiffs") have filed suit against Defendants on your behalf, seeking relief for similarly situated individuals for allegedly failing to pay overtime, provide proper rest and meal breaks, timely pay final wages to discharged or quitting employees, and provide wage statements or pay stubs that contain information required by law.

You may be eligible to receive a portion of the settlement proceeds if you belong to the Settlement Class.  If you are a member of the Settlement and you would like to receive a payment from the Settlement, estimated to be at least **$189.28**, you must file the Claim Form provided with this Notice no later than April 2, 2011.  *IF YOU DO NOT WISH TO PARTICIPATE IN THE SETTLEMENT, YOU MUST FILE A REQUEST FOR EXCLUSION NO LATER THAN APRIL 2, 2011, AND YOU WILL NOT RECEIVE A PORTION OF THE SETTLEMENT.*  If you do not request to be excluded from the settlement, you will be bound by any judgment entered with respect to the settlement.

## SETTLEMENT TERMS

### 1.     THE SETTLEMENT TERMS

Defendants have agreed to pay the total sum of $100,000 ("Settlement Fund"), which sum shall used to make distributions to and for the benefit of Settlement Class Members.

### 2.     WHAT YOU WILL RECEIVE

Each eligible Class Member who files a valid and timely Claim Form will be entitled to receive a check representing a share of the Settlement Fund, the calculation of which is described below.

### 3.     ATTORNEY'S FEES AND COSTS

Plaintiffs' Counsel have reserved the right to petition the Court for an award of attorney's fees and costs in an amount of up to 30% of the Settlement Fund.  The Members of the Class will not be personally responsible for any of the foregoing fees or costs.  The issue of whether to award attorney's fees and costs to Plaintiffs' Counsel will be determined by the Court.

### 4.     ENHANCEMENT TO NAMED PLAINTIFFS

Plaintiffs have reserved the right to petition the Court for enhancement awards for their services in bringing this lawsuit and as class representatives in an amount not to exceed $3,000 each.  The issue of whether to award the enhancement awards to named Plaintiffs will be determined by the Court and subject to Court approval.

### 5.     CALCULATION OF PAYMENTS TO CLASS MEMBERS

The "Net Settlement Fund" is derived after deducting attorney's fees and costs (in an amount to be determined by the Court), the possible payment of the reasonable enhancement fees to Plaintiffs for their services as Class Representatives (in an amount to be determined by the Court), and an additional amount to be paid to the Claims Administrator for administering the settlement.  All members of the Settlement Class who file valid and timely Claim Forms will receive a prorated share of the Net Settlement Fund in equal amounts.  You will have 180 days from the date of issue to cash your settlement check.  All checks not cashed within 180 days from the issue date will be donated to the California Labor & Workforce Development

Agency or a third-party charitable organization, as approved by the Court.  If you participate in the settlement, the Claims Administrator will mail you the appropriate tax form at the beginning of the following calendar year.

## 6.    RELEASES

Settlement Class Members who do not exercise their right to exclude themselves from the settlement will release the following:  All claims against Defendants by any member of the Settlement Class that arise from, touch or concern the allegations in the Complaint including but not limited to claims for unpaid overtime, failure to provide meal or rest breaks or pay one hour's wages in lieu thereof, and all related statutory claims, including but not limited to, alleged violation of California Labor Code sections 201–203, 226.7, 510, 512, 558, 1194, 1199, 2698, and 2699, California Business and Professions Code sections 17000 and 17200 *et seq.*, Wage Order No. 4-2001 issued by the Industrial Welfare Commission, the Fair Labor Standards Act ("FLSA"), Civil Code sections 52 and 52.1, and all claims for attorneys' fees and costs; provided, however, that members of the Settlement Class who do not submit Claim Forms that include consents to become party-plaintiffs under 29 U.S.C. § 216(b) will not be releasing their claims under the FLSA.  These releases shall run through the date the Court grants preliminary approval of the Settlement, January 27, 2011.

## 7.    THE SETTLEMENT-APPROVAL PROCEDURE

The Court has granted preliminary approval of the settlement subject to a final fairness hearing.  At the hearing, the Court will be available to hear any objections and arguments concerning the fairness of the proposed settlement.  The final fairness hearing will take place on May 16, 2011, at 10:00 a.m. in Courtroom 10A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701.  *It is not necessary for you to attend this hearing.*

If you exclude yourself from the Class, you are not entitled to object to or comment on the Settlement or to speak at the fairness hearing.  If you decide to remain in the Class and you wish to object to or comment on the settlement, you must submit your comments in writing as described below.  If you wish to appear at the hearing and be heard, you must also indicate your intent to do so in writing.  If you do not comply with these procedures, you will not be entitled to be heard at the final fairness hearing, to contest the approval of the settlement, or to appeal from any orders or judgments.

If the Court approves the Settlement, the approval will bind all Class Members—except those who exclude themselves—and the judgment will release all Class Members' settled claims as described above.

## 8.    YOUR OPTIONS

### i.    PARTICIPATE IN THE SETTLEMENT

*If you wish to receive the financial benefit of the settlement*, you must return the Claim Form no later than April 2, 2011 to the Claims Administrator by mail as follows:

Clesceri v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060
Telephone: 1-888-292-6283

If you submit your Claim Form by mail, the postmark date will determine whether or not you have submitted a timely claim.  By submitting a Claim Form, you will release Defendants from all claims as stated in Section 6 above.  Your interests as a Class Member will be represented by Plaintiffs' Counsel without charge to you.  You may contact them at:

Alan Harris
Abigail Treanor
Harris & Ruble
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

If you prefer, you may enter your own appearance, or you may ask the Court to allow you to participate through your own attorney at your own expense.  If you wish to participate through your own attorney, an appearance must be filed with the Court by April 2, 2011.

**ii.      REQUEST EXCLUSION FROM THE SETTLEMENT**

*If you do not want to remain a Member of the Class, which means you do not want to receive the financial benefits of the settlement (if approved)*, you must send a request for exclusion in writing to the Claims Administrator on or before April 2, 2011 at the following address:

Clesceri v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Telephone: 1-888-292-6283

The request for exclusion must contain your name, address, and telephone number, as well as the dates of your employment with Defendants.  In addition, it must state that you are requesting to exclude yourself from the Class in *Clesceri v. Beach City Investigations & Protective Services, Inc.*, U.S. District Court, Central District of California Case No. CV-10-03873 JST (RZx), and it must be signed by you personally.  By electing to be excluded from the Class, (1) you will not receive the check generated by the Settlement (if approved), even if you would otherwise be entitled to it; (2) you will not be bound by any further order or judgments entered for or against the Class; (3) you will have no right to object to the settlement or be heard at any hearing scheduled for the Court's consideration of the settlement; and (4) you may present any claims against Defendants that were asserted by Plaintiffs in this case by filing your own lawsuit at your own expense or by seeking to intervene in this lawsuit as an individual plaintiff at your own expense.

**iii.      OBJECT TO THE SETTLEMENT**

*If you decide to remain in the Settlement Class and you wish to object to the settlement*, you must submit your objection in writing to the Claims Administrator on or before April 2, 2011 at the following address:

Clesceri v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Telephone: 1-888-292-6283

Any objection must include your name, your address, the name and number of the case, and a statement of the reasons why you believe that the Court should find that the proposed settlement is not in the best interests of the Class. You must also send copies of your objection to Plaintiffs' Counsel at the address below and defense counsel at the address below.

**9.      HOW TO OBTAIN ADDITIONAL INFORMATION**

The foregoing is only a summary of the lawsuit and the proposed settlement.  For more detailed information, you may review the pleadings, records, and other papers on file in the lawsuit, which materials may be inspected at the Clerk's Office, United States District Court, 312 N. Spring Street, Los Angeles, California 90012.  The Clerk will make the files relating to this lawsuit available to you for inspection and copying at your own expense.

Any questions you have concerning this Notice should be directed to the Claims Administrator or to Plaintiff's Counsel— not to Court personnel.  You may contact the Claims Administrator at the following address:  Beach Settlement, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060.  *Please include the case name and number, your name, and your return address on any letters, not just on the envelopes.*

| Again, you may contact **Plaintiffs'** Counsel as follows: | You may contact **defense** counsel as follows: |
|---|---|
| Alan Harris<br>Abigail Treanor<br>Harris & Ruble<br>6424 Santa Monica Boulevard<br>Los Angeles, California 90038<br>Telephone:  (323) 962-3777<br>Facsimile:  (323) 962-3004<br>aharris@harrisandruble.com<br>atreanor@harrisandruble.com | John L. Barber<br>Tracy Wei Costantino<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 N. Figueroa Street, Suite 2100<br>Los Angeles, CA 90012 |

If this Notice was forwarded by the Postal Service, or if it was otherwise sent to you at an address that is not current, you should immediately send a letter of correction that states your past and current addresses, as well as the case name and number, to the Claims Administrator at the following address:  Beach Settlement, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060.

# CLAIM FORM

## COMPLETE IN ORDER TO BE ELIGIBLE FOR MONETARY RECOVERY FROM THE NET FUND

*Clesceri v. Beach City Investigations & Protective Services, Inc.*
United States District Court, Central District of California
Case No. CV-10-03873 JST (RZx)

Please type or print the following identifying information:

<<ClaimID>>                              Name/Address Changes:
<<Name>>
<<Address>>                              _____
<<City>> <<St>>  <<Zip>>
                                         _____

                                         _____


                                         Telephone Number (Home): _____

                                         Telephone Number (Cell): _____

**IN ORDER TO RECEIVE A MONETARY RECOVERY FROM THE SETTLEMENT, YOU MUST COMPLETE, SIGN, DATE, AND MAIL THIS CLAIM FORM TO THE CLAIMS ADMINISTRATOR, POSTAGE PAID, POSTMARKED ON OR BEFORE APRIL 2, 2011 ADDRESSED AS FOLLOWS:**

**CLESCERI V. BEACH ADMINISTRATOR**
**C/O GILARDI & CO. LLC**
**P.O. BOX 8060**
**SAN RAFAEL, CA 94912-8060**
**TELEPHONE: 1-888-292-6283**

**IF THERE IS ANY DISPUTE AS TO WHETHER YOU SUBMITTED A CLAIM FORM BEFORE APRIL 2, 2011, THE ONLY ACCEPTED PROOF WILL BE A CERTIFIED MAIL RECEIPT, OR EQUIVALENT.**

## INSTRUCTIONS

1. Please complete, sign, and mail the Claim Form in order to be eligible for a monetary recovery from the net settlement fund.

2. If you move, please inform the Claims Administrator. You must keep a current address on file with the Claims Administrator.

3. If found eligible, you should not expect to receive any payment until after the date for the hearing on final approval of the Settlement.

**TIMELY COMPLETE, SIGN, AND RETURN THIS FORM**
**TO SHARE IN THE MONETARY RECOVERY.**

(1) Beach City Investigations & Protective Services, Inc. ("Beach") records show that you belong to Settlement Class defined as follows:  All Beach City Investigations & Protective Services, Inc. employees and/or independent contractors who worked as security personnel at an AT&T store location in California between January 1, 2010, and January 27, 2011.

(2)  SUBMISSION TO JURISDICTION OF COURT: AGREEMENT WITH SETTLEMENT, ETC.

I have received the Notice to Class of Proposed Settlement of Class Action ("Class Notice").  I submit this Claim Form under the terms of that Proposed Settlement.  I submit to the jurisdiction of the United States District Court for the Central District of California, with respect to my claim as a Class Member and for the purposes of enforcing the release of claims stated in the Settlement.  The full terms are contained in the "Class-Action Settlement Agreement" filed with the Court.  I further acknowledge that I am bound by the terms of any court judgment that may be entered in this litigation.  I agree to furnish additional information to support this claim if required to do so.

(3)  RELEASE OF CLAIMS

In consideration of the promises by Defendants Beach and Kevin Hackie (collectively, "Defendants"), I understand that I am bound by the following release from January 1, 2010, through January 27, 2011:  All claims against Defendants by any member of the Settlement Class that arise from, touch or concern the allegations in the Complaint including but not limited to claims for unpaid overtime, failure to provide meal or rest breaks or pay one hour's wages in lieu thereof, and all related statutory claims, including but not limited to, alleged violation of California Labor Code sections 201–203, 226.7, 510, 512, 558, 1194, 1199, 2698, and 2699, California Business and Professions Code sections 17000 and 17200 et seq., Wage Order No. 4-2001 issued by the Industrial Welfare Commission, the Fair Labor Standards Act ("FLSA"), Civil Code sections 52 and 52.1, and all claims for attorneys' fees and costs; provided, however, that members of the Settlement Class who do not submit Claim Forms that include consents to become party-plaintiffs under 29 U.S.C. § 216(b) will not be releasing their claims under the FLSA.  These releases shall run through the date the Court grants preliminary approval of the Settlement.

I understand that by submitting this Claim Form, I also release any and all claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., including unpaid minimum wages, unpaid overtime, and liquidated damages, that were asserted in the Complaint.  By submitting this Claim Form, I give my consent to become a party-plaintiff to this litigation, Clesceri v. Beach City Investigations, Inc., Case No. CV-10-03873 JST (RZx), pursuant to 29 U.S.C. § 216(b).

(4)  NO RETALIATION

Defendants have advised the Court that they will not retaliate against any person for submitting a Claim Form in connection with this Settlement.

I declare under penalty of perjury under the laws of California and the United States of America that all the information concerning me that is set forth above is true and correct.


X_____      ___ ___ / ___ ___ / _____
(Sign your name here)                                              Date

# EXHIBIT B



Clesceri v Beach Requests for Exclusion Received

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| CLSRI10000402 | ANTHONY | CANNATA | VENICE | CA | 3/1/2011 |
| CLSRI10002480 | BEN | COVARRUBIAS | WHITTIER | CA | 3/23/2011 |
| CLSRI10000909 | CLARK | FUJIWARA | IRVINE | CA | 2/24/2011 |
| CLSRI10001794 | GREGORY ROBERT | PETERSON | ONTARIO | CA | 3/9/2011 |

# CLAIM FORM

## COMPLETE IN ORDER TO BE ELIGIBLE FOR MONETARY RECOVERY FROM THE NET FUND

*Clesceri v. Beach City Investigations & Protective Services, Inc.*
United States District Court, Central District of California
Case No. CV-10-03873 JST (RZx)

Please type or print the following identifying information:

CLSRI-1000040-2

ANTHONY CANNATA
2700 ABBOT KINNEY BLVD APT 12
VENICE, CA 90291-4772

Name/Address Changes:

_____

_____

_____

Telephone Number (Home): _____

Telephone Number (Cell): _____

**IN ORDER TO RECEIVE A MONETARY RECOVERY FROM THE SETTLEMENT, YOU MUST COMPLETE, SIGN, DATE, AND MAIL THIS CLAIM FORM TO THE CLAIMS ADMINISTRATOR, POSTAGE PAID, POSTMARKED ON OR BEFORE APRIL 2, 2011 ADDRESSED AS FOLLOWS:**

**CLESCERI V. BEACH ADMINISTRATOR**
**C/O GILARDI & CO. LLC**
**P.O. BOX 8060**
**SAN RAFAEL, CA 94912-8060**
**TELEPHONE: 1-888-292-6283**

**IF THERE IS ANY DISPUTE AS TO WHETHER YOU SUBMITTED A CLAIM FORM BEFORE APRIL 2, 2011, THE ONLY ACCEPTED PROOF WILL BE A CERTIFIED MAIL RECEIPT, OR EQUIVALENT.**

## INSTRUCTIONS

1. Please complete, sign, and mail the Claim Form in order to be eligible for a monetary recovery from the net settlement fund.

2. If you move, please inform the Claims Administrator.  You must keep a current address on file with the Claims Administrator.

3. If found eligible, you should not expect to receive any payment until after the date for the hearing on final approval of the Settlement.

**TIMELY COMPLETE, SIGN, AND RETURN THIS FORM**
**TO SHARE IN THE MONETARY RECOVERY.**

(1) Beach City Investigations & Protective Services, Inc. ("Beach") records show that you belong to Settlement Class defined as follows:  All Beach City Investigations & Protective Services, Inc. employees and/or independent contractors who worked as security personnel at an AT&T store location in California between January 1, 2010, and January 27, 2011.

(2) SUBMISSION TO JURISDICTION OF COURT: AGREEMENT WITH SETTLEMENT, ETC.

I have received the Notice to Class of Proposed Settlement of Class Action ("Class Notice"). I submit this Claim Form under the terms of that Proposed Settlement. I submit to the jurisdiction of the United States District Court for the Central District of California, with respect to my claim as a Class Member and for the purposes of enforcing the release of claims stated in the Settlement. The full terms are contained in the "Class-Action Settlement Agreement" filed with the Court. I further acknowledge that I am bound by the terms of any court judgment that may be entered in this litigation. I agree to furnish additional information to support this claim if required to do so.

(3) RELEASE OF CLAIMS

In consideration of the promises by Defendants Beach and Kevin Hackie (collectively, "Defendants"), I understand that I am bound by the following release from January 1, 2010, through January 27, 2011: All claims against Defendants by any member of the Settlement Class that arise from, touch or concern the allegations in the Complaint including but not limited to claims for unpaid overtime, failure to provide meal or rest breaks or pay one hour's wages in lieu thereof, and all related statutory claims, including but not limited to, alleged violation of California Labor Code sections 201–203, 226.7, 510, 512, 558, 1194, 1199, 2698, and 2699, California Business and Professions Code sections 17000 and 17200 et seq., Wage Order No. 4-2001 issued by the Industrial Welfare Commission, the Fair Labor Standards Act ("FLSA"), Civil Code sections 52 and 52.1, and all claims for attorneys' fees and costs; provided, however, that members of the Settlement Class who do not submit Claim Forms that include consents to become party-plaintiffs under 29 U.S.C. § 216(b) will not be releasing their claims under the FLSA. These releases shall run through the date the Court grants preliminary approval of the Settlement.

I understand that by submitting this Claim Form, I also release any and all claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., including unpaid minimum wages, unpaid overtime, and liquidated damages, that were asserted in the Complaint. By submitting this Claim Form, I give my consent to become a party-plaintiff to this litigation, Clesceri v. Beach City Investigations, Inc., Case No. CV-10-03873 JST (RZx), pursuant to 29 U.S.C. § 216(b).

(4) NO RETALIATION

Defendants have advised the Court that they will not retaliate against any person for submitting a Claim Form in connection with this Settlement.

I declare under penalty of perjury under the laws of California and the United States of America that all the information concerning me that is set forth above is true and correct.

X _Anthony Cannata_   Date _3 / 1 / 11_
(Sign your name here)

_I OPT OUT OF THE PROPOSED SETTLEMENT AND RETAIN MY RIGHT TO SUE BEACH CITIES INVESTIGATIONS. ON MY OWN._

_ANTHONY CANNATA_

_Anthony Cannata_

## NOTICE TO CLASS OF PROPOSED SETTLEMENT OF CLASS ACTION

*Clesceri v. Beach City Investigations & Protective Services, Inc.*

United States District Court, Central District of California

Case No. CV-10-03873 JST (RZx)

## PLEASE READ THIS NOTICE CAREFULLY

**THIS NOTICE RELATES TO A PROPOSED SETTLEMENT OF A CLASS-ACTION LAWSUIT AND CONTAINS IMPORTANT INFORMATION REGARDING YOUR RIGHTS AS A POTENTIAL SETTLEMENT CLASS MEMBER CONCERNING THE SETTLEMENT.**

**IF YOU WORKED AS SECURITY PERSONNEL AS AN EMPLOYEE AND/OR INDEPENDENT CONTRACTOR AT AN AT&T STORE IN CALIFORNIA FOR BEACH CITY INVESTIGATIONS & PROTECTIVE SERVICES, INC. BETWEEN JANUARY 1, 2010, TO JANUARY 27, 2011, YOU MAY BE A MEMBER OF THE "SETTLEMENT CLASS" AND BE BOUND BY THE RELEASE OF CLAIMS AND DISMISSAL DESCRIBED IN THIS NOTICE <u>UNLESS YOU OPT OUT</u>.**

- A settlement will provide $100,000 (less attorney's fees and costs, administrative fees and costs, and enhancement award to the named Plaintiffs) to pay members of the Settlement Class.

- The settlement resolves a lawsuit regarding whether Beach City Investigations & Protective Services, Inc. ("Beach") and Kevin Hackie (collectively, "Defendants") violated claims for unpaid overtime, failure to provide rest and meal breaks, and inadequate pay stubs under the California Labor Code and the Fair Labor Standards Act ("FLSA"). Defendants deny Plaintiffs' claims and have raised various factual and legal defenses to those claims. **The Court has not made a determination about any of the contentions of the parties.  This Notice is not to be understood as an expression of any opinion by the Court as to the merits of the claims or defenses asserted by either side.**

- Court-approved lawyers for affected Class Members will ask the Court for up to thirty percent of the settlement amount as fees for investigating the facts, litigating the case, and negotiating the settlement.  Any amount awarded as attorney's fees must be approved by the Court in the final fairness hearing as herein discussed.

- Your legal rights are affected whether you act or don't act. *Please read this notice carefully.*

- Information regarding your address has been obtained under the auspices of a Court Order and is being handled in a confidential manner for use in this case only.

### *SUMMARY OF PROPOSED SETTLEMENT*

**If you worked for Defendants from January 1, 2010, to January 27, 2011 as security personnel, whether as an employee and/or independent contractor, at an AT&T store in California, you will may receive a prorated payment from the class-action settlement if you file a Claim Form and the Settlement is approved by the Court. Plaintiff alleges that Defendants violated provisions of the California Labor Code and the Fair Labor Standards Act ("FLSA") by (1) failing to compensate certain employees overtime compensation under California Law and the FLSA; (2) failing to provide meal and rest periods to certain employees in compliance with California law; (3) failing to timely pay all wages owing to certain former employees within the time periods specified by California law; and (4) failing to provide employees with accurate itemized wage statements in compliance with California law. There will be a fairness hearing at which the Court will consider objections, if any, to the proposed settlement and determine whether the proposed settlement should be approved. This hearing will be held on May 16, 2011, at 10:00 a.m. in Courtroom 10A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701. Objections and comments must be submitted to the Court on or before April 2, 2011.**

| YOUR OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **FILE A CLAIM FORM** | Receive a *pro rata* payment from the net settlement fund. Give up rights. |
| **EXCLUDE YOURSELF** | Get no payment. This is the *only* option that allows you to be a party to any *other* lawsuit (if any other lawsuit, in fact, exists) against Defendants for the violations alleged in *this* case. |
| **OBJECT** | Tell the Court why you don't like the settlement. |
| **DO NOTHING** | Receive no payment from the settlement fund. Give up rights (with the exception of claims under the FLSA). |

## WHY SHOULD I READ THIS NOTICE?

The purpose of this Notice is to inform you that the Court in this action is approving a class, for settlement purposes only, and has authorized the giving of this Notice. The Court has not yet decided whether to approve the proposed settlement. There will be a fairness hearing at which the Court will consider objections, if any, to the proposed settlement and will determine whether the proposed settlement should be approved. This hearing will take place on May 16, 2011, at 10:00 a.m. in Courtroom 10A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701.

This is an action brought pursuant to the California Labor Code and the FLSA. Plaintiffs Dominic Clesceri and Gabriel Rodriguez (collectively, "Plaintiffs") have filed suit against Defendants on your behalf, seeking relief for similarly situated individuals for allegedly failing to pay overtime, provide proper rest and meal breaks, timely pay final wages to discharged or quitting employees, and provide wage statements or pay stubs that contain information required by law.

You may be eligible to receive a portion of the settlement proceeds if you belong to the Settlement Class. If you are a member of the Settlement and you would like to receive a payment from the Settlement, estimated to be at least **$189.28,** you must file the Claim Form provided with this Notice no later than April 2, 2011. *IF YOU DO NOT WISH TO PARTICIPATE IN THE SETTLEMENT, YOU MUST FILE A REQUEST FOR EXCLUSION NO LATER THAN APRIL 2, 2011, AND YOU WILL NOT RECEIVE A PORTION OF THE SETTLEMENT.* If you do not request to be excluded from the settlement, you will be bound by any judgment entered with respect to the settlement.

## SETTLEMENT TERMS

### 1.  THE SETTLEMENT TERMS

Defendants have agreed to pay the total sum of $100,000 ("Settlement Fund"), which sum shall used to make distributions to and for the benefit of Settlement Class Members.

### 2.  WHAT YOU WILL RECEIVE

Each eligible Class Member who files a valid and timely Claim Form will be entitled to receive a check representing a share of the Settlement Fund, the calculation of which is described below.

### 3.  ATTORNEY'S FEES AND COSTS

Plaintiffs' Counsel have reserved the right to petition the Court for an award of attorney's fees and costs in an amount of up to 30% of the Settlement Fund. The Members of the Class will not be personally responsible for any of the foregoing fees or costs. The issue of whether to award attorney's fees and costs to Plaintiffs' Counsel will be determined by the Court.

### 4.  ENHANCEMENT TO NAMED PLAINTIFFS

Plaintiffs have reserved the right to petition the Court for enhancement awards for their services in bringing this lawsuit and as class representatives in an amount not to exceed $3,000 each. The issue of whether to award the enhancement awards to named Plaintiffs will be determined by the Court and subject to Court approval.

### 5.  CALCULATION OF PAYMENTS TO CLASS MEMBERS

The "Net Settlement Fund" is derived after deducting attorney's fees and costs (in an amount to be determined by the Court), the possible payment of the reasonable enhancement fees to Plaintiffs for their services as Class Representatives (in an amount to be determined by the Court), and an additional amount to be paid to the Claims Administrator for administering the settlement. All members of the Settlement Class who file valid and timely Claim Forms will receive a prorated share of the Net Settlement Fund in equal amounts. You will have 180 days from the date of issue to cash your settlement check. All checks not cashed within 180 days from the issue date will be donated to the California Labor & Workforce Development

Agency or a third-party charitable organization, as approved by the Court. If you participate in the settlement, the Claims Administrator will mail you the appropriate tax form at the beginning of the following calendar year.

## 6.   RELEASES

Settlement Class Members who do not exercise their right to exclude themselves from the settlement will release the following: All claims against Defendants by any member of the Settlement Class that arise from, touch or concern the allegations in the Complaint including but not limited to claims for unpaid overtime, failure to provide meal or rest breaks or pay one hour's wages in lieu thereof, and all related statutory claims, including but not limited to, alleged violation of California Labor Code sections 201–203, 226.7, 510, 512, 558, 1194, 1199, 2698, and 2699, California Business and Professions Code sections 17000 and 17200 *et seq.*, Wage Order No. 4-2001 issued by the Industrial Welfare Commission, the Fair Labor Standards Act ("FLSA"), Civil Code sections 52 and 52.1, and all claims for attorneys' fees and costs; provided, however, that members of the Settlement Class who do not submit Claim Forms that include consents to become party-plaintiffs under 29 U.S.C. § 216(b) will not be releasing their claims under the FLSA. These releases shall run through the date the Court grants preliminary approval of the Settlement, January 27, 2011.

## 7.   THE SETTLEMENT-APPROVAL PROCEDURE

The Court has granted preliminary approval of the settlement subject to a final fairness hearing. At the hearing, the Court will be available to hear any objections and arguments concerning the fairness of the proposed settlement. The final fairness hearing will take place on May 16, 2011, at 10:00 a.m. in Courtroom 10A of the United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701. *It is not necessary for you to attend this hearing.*

If you exclude yourself from the Class, you are not entitled to object to or comment on the Settlement or to speak at the fairness hearing. If you decide to remain in the Class and you wish to object to or comment on the settlement, you must submit your comments in writing as described below. If you wish to appear at the hearing and be heard, you must also indicate your intent to do so in writing. If you do not comply with these procedures, you will not be entitled to be heard at the final fairness hearing, to contest the approval of the settlement, or to appeal from any orders or judgments.

If the Court approves the Settlement, the approval will bind all Class Members—except those who exclude themselves—and the judgment will release all Class Members' settled claims as described above.

## 8.   YOUR OPTIONS

### i.   PARTICIPATE IN THE SETTLEMENT

*If you wish to receive the financial benefit of the settlement*, you must return the Claim Form no later than April 2, 2011 to the Claims Administrator by mail as follows:

> Clesceri v. Beach Settlement
> c/o Gilardi & Co. LLC
> P.O. Box 8060
> San Rafael, CA 94912-8060
> Telephone: 1-888-292-6283

If you submit your Claim Form by mail, the postmark date will determine whether or not you have submitted a timely claim. By submitting a Claim Form, you will release Defendants from all claims as stated in Section 6 above. Your interests as a Class Member will be represented by Plaintiffs' Counsel without charge to you. You may contact them at:

> Alan Harris
> Abigail Treanor
> Harris & Ruble
> 6424 Santa Monica Boulevard
> Los Angeles, California 90038
> Telephone: (323) 962-3777
> Facsimile: (323) 962-3004
> aharris@harrisandruble.com
> atreanor@harrisandruble.com

If you prefer, you may enter your own appearance, or you may ask the Court to allow you to participate through your own attorney at your own expense. If you wish to participate through your own attorney, an appearance must be filed with the Court by April 2, 2011.

*ii.*   **REQUEST EXCLUSION FROM THE SETTLEMENT**

*If you do not want to remain a Member of the Class, which means you do not want to receive the financial benefits of the settlement (if approved)*, you must send a request for exclusion in writing to the Claims Administrator on or before April 2, 2011 at the following address:

Clesceri v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Telephone: 1-888-292-6283

The request for exclusion must contain your name, address, and telephone number, as well as the dates of your employment with Defendants. In addition, it must state that you are requesting to exclude yourself from the Class in *Clesceri v. Beach City Investigations & Protective Services, Inc.*, U.S. District Court, Central District of California Case No. CV-10-03873 JST (RZx), and it must be signed by you personally. By electing to be excluded from the Class, (1) you will not receive the check generated by the Settlement (if approved), even if you would otherwise be entitled to it; (2) you will not be bound by any further order or judgments entered for or against the Class; (3) you will have no right to object to the settlement or be heard at any hearing scheduled for the Court's consideration of the settlement; and (4) you may present any claims against Defendants that were asserted by Plaintiffs in this case by filing your own lawsuit at your own expense or by seeking to intervene in this lawsuit as an individual plaintiff at your own expense.

*iii.*   **OBJECT TO THE SETTLEMENT**

*If you decide to remain in the Settlement Class and you wish to object to the settlement*, you must submit your objection in writing to the Claims Administrator on or before April 2, 2011 at the following address:

Clesceri v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Telephone: 1-888-292-6283

Any objection must include your name, your address, the name and number of the case, and a statement of the reasons why you believe that the Court should find that the proposed settlement is not in the best interests of the Class. You must also send copies of your objection to Plaintiffs' Counsel at the address below and defense counsel at the address below.

**9.   HOW TO OBTAIN ADDITIONAL INFORMATION**

The foregoing is only a summary of the lawsuit and the proposed settlement. For more detailed information, you may review the pleadings, records, and other papers on file in the lawsuit, which materials may be inspected at the Clerk's Office, United States District Court, 312 N. Spring Street, Los Angeles, California 90012. The Clerk will make the files relating to this lawsuit available to you for inspection and copying at your own expense.

Any questions you have concerning this Notice should be directed to the Claims Administrator or to Plaintiff's Counsel— not to Court personnel. You may contact the Claims Administrator at the following address:  Beach Settlement, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060. *Please include the case name and number, your name, and your return address on any letters, not just on the envelopes.*

| Again, you may contact **Plaintiffs'** Counsel as follows: | You may contact **defense** counsel as follows: |
| --- | --- |
| Alan Harris<br>Abigail Treanor<br>Harris & Ruble<br>6424 Santa Monica Boulevard<br>Los Angeles, California 90038<br>Telephone: (323) 962-3777<br>Facsimile: (323) 962-3004<br>aharris@harrisandruble.com<br>atreanor@harrisandruble.com | John L. Barber<br>Tracy Wei Costantino<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 N. Figueroa Street, Suite 2100<br>Los Angeles, CA 90012 |

If this Notice was forwarded by the Postal Service, or if it was otherwise sent to you at an address that is not current, you should immediately send a letter of correction that states your past and current addresses, as well as the case name and number, to the Claims Administrator at the following address:  Beach Settlement, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060.

*OPT OUT*
*# 1000248-i*
*3/29/*

I Benjamin Covarrubias, have been employed at Beach City Investigations and Protective Services for approximately one year.  I do not want to remain a member of the class in Clesceri vs. Beach City Investigations and Protective services.


Thank You,
Benjamin Covarrubias


562-713-2700
1133 Grossmont Dr.
Whittier, Ca 90601

# CLARK H.FUJIWARA
## 15 DIAMANTE
## IRVINE, CA 92620
## 714-389-4133

February 23, 2011

Clesceri v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Dear Representative:

This is my request for exclusion from the Class in Clesceri v. Beach City Investigations &
Protective Services, Inc., U.S. District Court, Central District of California Case No. CV-10-03873,
JST (RZx).

I have been employed by Beach Cities Investigations & Protective Services, Inc., since June
2010.  If you have any questions, please feel free to contact me at the phone number listed
above.

Regards,

Clark Fujiwara

Gregory R Peterson                                              02-27-11
P.O. Box 4449
Ontario, CA  91761
(909) 563-8812


Clesceri  v. Beach Settlement
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA  94912-8090
Re: Request for exclusion from case No. CV-10-03873 JST (RZx)


To whom it may concern:

I am requesting that I be excluded from the Class in
Clesceri v. Beach City Investigations & Protective Services, Inc.,
U.S. District Court, Central District of California Case No. CV-10-03873 JST (RZx).


My dates of employment were:  January 26, 2010 – Present day.



Sincerely yours,



Gregory R Peterson                    02-27-11
                                      Date

# EXHIBIT C



3301 Kerner Blvd.
San Rafael, CA, 94901
P: (415) 461-0410
F: (415) 461-0412

Alan Harris, Esq.                                                                                    April 11, 2011
Harris & Ruble
6424 Santa Monica Blvd
Los Angeles, CA 90038

Re:     **Clesceri v. Beach City Investigations & Protective Services, Inc.**
        Client Matter Number: 3516
        Invoice: 3516-1

Professional services, out-of-pocket expenses and third party expenses in connection with Case Setup, Mailing Database Preparation, Software Customization, Case Management, Printing and Mailing of the Notice to Class of Proposed Settlement of Class Action and Proof of Claim Form, Claims Processing, Telephone Support, Distribution, Reporting and Tax Compliance for the Clesceri v. Beach City Investigations & Protective Services, Inc. matter.

**Notification**

| | | |
|---|---|---|
| Case Setup | $180.00 | |
| Mailing Database Preparation | $720.00 | |
| Software Customization | $180.00 | |
| Document Formatting | $180.00 | |
| Case Management | $720.00 | |
| NCOA | $150.00 | |
| Print Production | $270.00 | |
| Printing | $348.16 | |
| Postage | $119.68 | |
| RUM Processing | $122.50 | |
| RUM Search - 8 @ $0.75 | $6.00 | |
| RUM Remails - 4 @ $1.50 | $6.00 | |
| Opt-Out Processing | $45.00 | |
| Subtotal Notification | | $3,047.34 |

**Processing**

| | | |
|---|---|---|
| Claims Processing | $447.50 | |
| Telephone - Staff Time | $242.50 | |
| Subtotal Processing | | $690.00 |

**Distribution**

| | |
|---|---|
| Settlement Fund Management | $450.00 |
| Calculate Claimant Awards & Distribution Preparation | $630.00 |
| Check Issuance - 74 @ $4.50 | $333.00 |
| W-2 Filing Fee | $350.00 |
| W-2 Issuance - 74 @ $1.50 | $111.00 |

Client Matter Number: 3516
Invoice: 3516-1
Page: 2

| | | |
|---|---|---|
| 1099 Filing Fee | $350.00 | |
| 1099 Issuance - 74 @ $1.00 | $74.00 | |
| Claimant Questions & Correspondence | $630.00 | |
| Subtotal Distribution | | $2,928.00 |
| **Reporting** | | |
| Reports/Declaration | $180.00 | |
| Tax Compliance - 1 yr | $1,500.00 | |
| Subtotal Reporting | | $1,680.00 |
| | | |
| AMOUNT DUE | | $8,345.34 |